Alec Rodney BROOKS, Plaintiff–
Appellant,

v.

STATE OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES; William W. Sondervan, Commissioner, in his official and individual capacity; Correctional Medical Systems; Elias Lakew, M.D., Defendants–Appellees.

No. 02–7568.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Alec Rodney Brooks, Appellant Pro Se. Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland; Philip Melton Andrews, George Eugene Brown, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Alec Rodney Brooks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brooks v. Maryland,* No. CA–02–494–MJG (D.Md. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*